## ELWOOD NATURAL GAS & OIL COMPANY ET AL. *v.* HUGHES.

[No. 5,934. Filed May 18, 1906. Rehearing denied October 12, 1906.]

From Madison Circuit Court; *Daniel W. Comstock*, Special Judge.

Suit by Mollie A. Hughes against the Elwood Natural Gas & Oil Company and others. From a decree for plaintiff, defendants appeal. *Reversed.*

*Gilbert R. Call*, for appellants.

*Bartlett H. Campbell* and *Ward L. Roach*, for appellee.

ROBINSON, J.—Suit by appellee asking a decree enjoining appellants from shutting off, or in any manner interfering with, appellee's supply of gas for domestic use. The controversy grows out of a written contract between appellee and appellants, under which appellee claimed, in consideration of $75, the right to gas without further pay. Demurrer to the complaint overruled. Upon issues formed a trial resulted in a finding for appellee.

The errors assigned are, overruling the demurrer of each appellant to the complaint, and overruling the motion for a new trial.

The same questions presented in this case were decided by this court in *Elwood, etc., Oil Co.* v. *Glaspy* (1906), *ante*, 634, and upon the authority of that decision the judgment is reversed.

## ELWOOD NATURAL GAS & OIL COMPANY ET AL. *v.* ETCHISON.

[No. 5,935. Filed May 18, 1906. Rehearing denied October 12, 1906.]

From Madison Circuit Court; *Daniel W. Comstock*, Special Judge.

Suit by Henry Etchison against the Elwood Natural Gas & Oil Company and others. From a decree for plaintiff, defendants appeal. *Reversed.*

*Gilbert R. Call*, for appellants.

*Bartlett H. Campbell* and *Ward L. Roach*, for appellee.

BLACK, P. J.—Upon the authority of *Elwood, etc., Oil Co.* v. *Glaspy* (1906), *ante*, 634, the judgment herein is reversed, with instructions to sustain the demurrer of each of the appellants to the appellee's amended complaint.